UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| THOMAS HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>G. SCHOVILLE, et al.,<br><br>　　　　　Defendants. | Case No. CV 00-12616-MMM (JWJ)<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER** |

　　　　On April 1, 2009, defendants M. Terry, L. Melching, G. Schoville, S. White, E. Comstock, K. Spearman, P. Collier, R. Thurman, W. Mitchell, and R. Van Gorder filed a "Notice of Motion In Support of Motion to Dismiss Complaint" ("Motion to Dismiss").

　　　　Plaintiff was instructed, in this Court's April 7, 2009 Minute Order, to file a Response to the Motion to Dismiss on or before April 21, 2009.

　　　　To date, Plaintiff has not filed a Response to the Motion to Dismiss. Thus, it appears that plaintiff has failed to comply with this Court's April 7, 2009 Minute Order.

///

///

**ORDER**

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

(1) Within **twenty-one days from the date of this Order** plaintiff shall file either an opposition or non-opposition to defendants' Motion to Dismiss; and

(2) The Court Clerk is ordered to serve this Order to Show Cause and defendants' Motion to Dismiss upon plaintiff at his last known address.

If plaintiff fails to comply with this Order to Show Cause as outlined above, this Court may recommend that this action be dismissed with prejudice for failure to prosecute this action and for failure to comply with this Court's order. See Fed. R. Civ. P. 41(b); Local Rules - Central District of California, L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); Yourish v. California Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

DATED: June 5, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge