UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HENDERSON,<br><br>    Plaintiff,<br><br> v.<br><br>G. SCHOVILLE, et al.,<br><br>    Defendants. | Case No. CV 00-12616-MMM (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that

  1. Plaintiff's claims for injunctive and declaratory relief are dismissed for lack of subject matter jurisdiction;

  2. All of plaintiff's claims, with the exception of his claims related to the November 27, 1999 RVR, the December 10, 1999 RVR, and defendant Van Gorder's appeal response are dismissed for failure to exhaust administrative remedies;

  3. Plaintiff's claim that defendant Van Gorder failed to interview Lt. Parker is dismissed with prejudice; and

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3. Plaintiff's remaining claims are dismissed without prejudice for lack of prosecution and failure to follow court rules.

DATED:   January 28, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE