# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HENDERSON,<br><br>　　　　　Plaintiff,<br><br> v.<br><br>G. SCHOVILLE, et al.,<br><br>　　　　　Defendants. | Case No. CV 00-12616-MMM (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ORDERED AND ADJUDGED that

1. Plaintiff take nothing by way of his claim that defendant Van Gorder failed to interview Lt. Parker and that judgment be entered in Van Gorder's favor on that claim; and

2. The balance of plaintiff's claims are dismissed without prejudice.

DATED:  January 28, 2010　　　　　　　　　　_/s/ Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE